UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAHAMED A. JAMA,<br><br>                Plaintiff,<br><br>v.<br><br>RICHARD JONES.,<br><br>                Defendants. | Case No. 2:17-CV-00807-RSL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) was referred to the undersigned United States Magistrate Judge. Plaintiff's application to proceed in forma pauperis is hereby **GRANTED**. Plaintiff does not appear able to pay the civil case filing fee and may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 26th day of May, 2016.

                                        BRIAN A. TSUCHIDA
                                        United States Magistrate Judge