UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHAMED A. JAMA,

        Plaintiff,

        v.

RICHARD JONES,

        Defendant.

No. C17-807RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. Proceeding *in forma pauperis*, see Dkt. ## 1, 4, plaintiff has filed a complaint alleging that Richard Jones[1] violated his rights. Dkt. # 5.

The Court, having reviewed the record as a whole under the standards articulated in 28 U.S.C. § 1915(e)(2)(B) and having construed the allegations of the complaint liberally, see Bernhardt v. Los Angeles County, 339 F.3d 920, 925 (9th Cir. 2003), finds that plaintiff's complaint is deficient. Pursuant to Fed. R. Civ. P. 8(a)(2), plaintiff must allege sufficient facts to raise a plausible inference that he is entitled to relief. Although a complaint need not provide detailed factual allegations, it must give rise to something more than mere speculation that plaintiff has a right to relief. Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007).

Plaintiff's complaint does not contain allegations sufficient to give rise to a plausible claim for relief. Plaintiff claims that Judge Jones violated his rights, but he has not specified

---

[1] Given the allegations in plaintiff's complaint, the Court assumes that the defendant "Richard Jones" is United States District Judge Richard A. Jones.

ORDER TO SHOW CAUSE - 1

what rights were violated, and the allegation that Judge Jones "cancelled" plaintiff's cases, without more, does not state a cognizable statutory or constitutional claim.

For the foregoing reasons, plaintiff is hereby ORDERED TO SHOW CAUSE why the complaint should not be dismissed for failure to allege facts that give rise to a plausible inference that relief is warranted. Plaintiff shall, within fourteen (14) days of this order, file an amended complaint which remedies the deficiencies set forth above. If an acceptable amended complaint is not filed within the time proscribed, this action will be dismissed without prejudice.

The Clerk of Court is directed to note this Order to Show Cause on the Court's calendar for June 16, 2017.

DATED this 1st day of June, 2017.

*MW S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2