# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MAHAMED A. JAMA,

    Plaintiff,

v.

RICHARD JONES,

    Defendant.

No. C17-807RSL

ORDER OF DISMISSAL

On or about June 1, 2017, plaintiff was ordered to amend his complaint to remedy his initial failure to allege facts sufficient to give rise to a plausible claim for relief. Dkt. # 6. Plaintiff has not responded. The Court, having reviewed the record as a whole under the standards articulated in 28 U.S.C. § 1915(e)(2)(B) and having construed the allegations of the complaint liberally, see Bernhardt v. Los Angeles County, 339 F.3d 920, 925 (9th Cir. 2003), finds that plaintiff's complaint does not state a cognizable statutory or constitutional claim and accordingly must be dismissed.

The above-captioned matter is therefore DISMISSED without prejudice. The Clerk of Court is directed to enter judgment accordingly.

DATED this 27th day of June, 2017.

                                              /s/ Robert S. Lasnik
                                              Robert S. Lasnik
                                              United States District Judge

ORDER OF DISMISSAL - 1